JAMES KYSE, PLAINTIFF-RESPONDENT, v. THE DELA-
WARE, LACKAWANNA AND WESTERN RAILROAD
COMPANY, DEFENDANT-APPELLANT.

Submitted March 27, 1916—Decided June 19, 1916.

On appeal from the Supreme Court, in which the following
*per curiam* was filed:

"The plaintiff was a passenger on defendant's train, and
had his hand injured by the closing of the car door for which
he recovered a verdict of $350, and defendant appeals. The
errors specified are refusal to nonsuit and to direct verdict
for defendant.

"From the evidence the jury might infer that plaintiff left
his seat in the car as it was running into the station at Chat-
ham for the purpose of alighting; that he opened the door
and pushed it over the catch put there for the purpose of
holding it; that at this time the car gave a sudden jerk or
lurch of sufficient force to throw plaintiff forward, and un-
loose the door from the catch; that to save himself from
being forced to the platform of the car, he grabbed the door
jamb and his fingers were caught by the door and injured;
we think that if a slowly-moving car about to stop is sud-
denly given such a jerk as to throw a passenger forward so
that he is compelled to grasp the door jamb to save himself
from falling, and the force is sufficient to unloose a car door
from a catch supposed to hold it in place in the ordinary
operation of a train, a jury might properly infer negligent
operation.

"The judgment will be affirmed."

For the appellant, *Frederic B. Scott.*

For the respondent, *David F. Barkman.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 12.

*For reversal*—None.